# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1396
Lower Tribunal No. 2021-SC-003618-SP

_____

ENVIRONMENTAL PLUS, INC. a/a/o MYRIAM NORENA,

Appellant,

v.

CITIZENS PROPERTY INSURANCE CORPORATION,

Appellee.

_____

Appeal from the County Court for Osceola County.
Stefania C. Jancewicz, Judge.

April 16, 2024

PER CURIAM.

AFFIRMED.

STARGEL, SMITH and MIZE, JJ., concur.


Morgan Weinstein, of Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, for Appellant.

Maureen G. Pearcy, of Paul R. Pearcy, P.A., Miami, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED